O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAMIREZ,<br><br>        Petitioner,<br><br>    v.<br><br>C. KOENIG, Acting Warden,<br><br>        Respondent. | Case No. EDCV 20-1348 RSWL (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied and Judgment shall be entered dismissing this action without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 Judgment herein on Petitioner at his address of record and on counsel for Respondent.
3     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: November 2, 2020

/S/ RONALD S.W. LEW
RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE