JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR RAMIREZ, | Case No. EDCV 20-1348 RSWL (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| C. KOENIG, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.


DATED: November 2, 2020          /S/ RONALD S.W. LEW

RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE